James C. Brooks (State Bar No. 129680)
jbrooks@orrick.com
Benjamin J. Hofileña (State Bar No. 227117)
bhofilena@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017
Telephone: +1-213-629-2020
Facsimile:   +1-213-612-2499

Paul R. Gupta  (*admitted pro hac vice*)
pgupta@orrick.com
William B. Tabler (*admitted pro hac vice*)
wtabler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103-0001
Telephone: +1-212-506-5000
Facsimile:   +1-212-506-5151

Attorneys for Defendants and Counterclaimants
TACODA, INC., AOL, LLC, and PLATFORM-A, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VALUECLICK, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>TACODA, INC., AOL, LLC, and PLATFORM-A, INC.<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **Case No.  2:08-cv-04619 DSF (JCx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS**<br><br><br><br><br><br><br><br><br><br>Hon. Dale S. Fischer |

[PROPOSED] ORDER

Having considered the *STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41* filed in this case by Plaintiff and Counterclaim Defendant ValueClick, Inc. ("ValueClick") and Defendants and Counterclaimants TACODA, Inc., AOL LLC and Platform-A, Inc. (collectively the "TACODA Defendants"), based on an agreement reached between the parties, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 41,

(1) all claims made and that could have been made by ValueClick against the TACODA Defendants in this action, and all counterclaims made and that could have been made by the TACODA Defendants against ValueClick in this action, are hereby DISMISSED WITH PREJUDICE on the basis of and subject to the terms of a confidential settlement agreement dated May 6, 2010; and

(2) each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 18, 2010      By: _____

Hon. Dale S. Fischer